EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> José F. Vázquez O'Neill | 2010 TSPR 213 <br><br> 180 DPR _____ |

Número del Caso: TS-3708


Fecha: 15 de octubre de 2010


Abogado de la Parte Peticionaria:

   Lcdo. John Donato Olivencia

Comisión de Reputación para el Ejercicio de la Abogacía

   Lcdo. Doel Quiñones Nuñez
   Lcda. Belén Guerrero Calderón
   Lcda. Waleska Delgado Marrero
   Lcdo. Héctor Saldaña Egozcue
   Lcda. Jocelyn López Vilanova
   Dr. Robert Stolberg

Procurador Especial de la Comisión de Reputación

   Lcdo. Alcides Oquendo Solís

Oficina del Procurador General

   Lcda. Minnie H. Rodríguez López
   Procuradora General Auxiliar


Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

José F. Vázquez O'Neill

TS-3708

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 15 de octubre de 2010.

Examinados el Informe de la Comisión de Reputación, el Informe de la Procuradora General y la Solicitud de que se rinda Informe, se autoriza la reinstalación del Sr. José F. Vázquez O'Neill al ejercicio de la abogacía y la notaría.

Se le impone al Sr. José F. Vázquez O´Neill, como condición para su reinstalación, que deberá tomar un curso completo de repaso de reválida para el ejercicio de la abogacía, que sea auspiciado u ofrecido por cualquiera de las Escuelas de Derecho del País. Una vez acredite a este Tribunal que ha tomado el curso, quedará reinstalado efectivo inmediatamente.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Kolthoff Caraballo no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo